**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| JUANITA SHANKS, as ) | |
| Administrator of the Estate of ) | |
| EUGENE MELCHIOR, II ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:23cv39 (MHL) |
| ) | |
| ) | |
| RAPPAHANNOCK REGIONAL ) | |
| JAIL AUTHORITY, et al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SETTLEMENT

Plaintiff Juanita Shanks ("Plaintiff" or "Ms. Shanks"), by counsel, hereby respectfully notifies the Court that Plaintiff and Defendants Rappahannock Regional Jail Authority ("RRJA") and Rappahannock Creative Healthcare ("RCHC") (collectively, "Defendants") have reached a settlement resolving all disputes in the above-captioned action. The Parties are currently collaborating to construct a formal settlement agreement and will be submitting a petition to the Court requesting approval of the same once the Parties have finalized the necessary paperwork.

ENDORSEMENT ON FOLLOWING PAGE

Date: October 27, 2023

          Respectfully Submitted,
JUANITA SHANKS,
as Administrator of the Estate of
EUGENE MELCHIOR, II

By: _____/s/_____
                    Counsel

Jonathan E. Halperin (VSB No. 32698)
Isaac A. McBeth (VSB No. 82400)
Darrell J. Getman (VSB No. 95791)
Halperin Law Center, LLC
4435 Waterfront Drive, Suite 100
Glen Allen, VA 23060
T: (804) 527-0100
F: (804) 597-0209
jonathan@hlc.law
isaac@hlc.law
darrell@hlc.law

Seth Carroll (VSB No. 74745)
Commonwealth Law Group
3311 West Broad Street
Richmond, Virginia 23230
T: (804) 999-9999
scarroll@hurtinva.com
*Counsel for Plaintiff*